

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
**(702) 388-6336**

|    |                                                      |                                              |
|----|------------------------------------------------------|----------------------------------------------|
| 1  | STEVEN W. MYHRE                                      | FILED                                        |
|    | Acting United States Attorney                        | 2017 SEP 11 AM 9:25                          |
| 2  | RICHARD ANTHONY LOPEZ                                | U.S. MAGISTRATE JUDGE                        |
|    | Assistant United States Attorney                     |                                              |
| 3  | 501 Las Vegas Boulevard South, Suite 1100            | BY_____                                  |
|    | Las Vegas, Nevada 89101                              |                                              |
| 4  | Tel: 702.388.6551 / Fax: 702.388.6418                |                                              |
|    | tony.lopez@usdoj.gov                                 |                                              |

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | Case No. 2:17-mj-902-CWH |
|---|---|
| Plaintiff, | **GOVERNMENT'S APPLICATION REQUESTING SEALING OF COMPLAINT** |
| v. | |
| JEREMY FRANKLIN EAST and | |
| MICHAEL DAVID BOWER, | |
| Defendants. | |

The United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going

investigation. The Government submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that its right to secrecy far outweighs the public's right to know.

The Government further submits that it is necessary for the Complaint to be sealed in light of the fact that it references personal identifying information of parties and non-parties, such as a non-party's home address, which may not be filed publicly under Federal Rule of Criminal Procedure 49.1 and Local Rule IC 6-1.

DATED this 8th day of September, 2017.

Respectfully submitted,
STEVEN W. MYHRE
Acting United States Attorney

RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY FRANKLIN EAST and<br><br>MICHAEL DAVID BOWER,<br><br>Defendants. | Case No. 2:17-mj-902-CWH |

**ORDER**

Based on the pending Application of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Complaint in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 11th day of September, 2017.

_____
HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE