RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jeremy Franklin East

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY FRANKLIN EAST,<br><br>Defendant. | Case No. 2:17-cr-00317-RFB-VCF-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jeremy Franklin East, that the Sentencing Hearing currently scheduled on July 18, 2018 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant was out of the jurisdiction from June 17, 2018, until July 2, 2018. Counsel needs additional time to meet with Mr. East to discuss his revised Presentence Investigation Report and to prepare his sentencing memorandum for this Court's consideration at sentencing.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 10th day of July, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY FRANKLIN EAST,<br><br>    Defendant. | Case No. 2:17-cr-00317-RFB-VCF-1<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, July 18, 2018 at 2:00 p.m., be vacated and continued to  August 23, 2018  at the hour of  4:00  p.m.

DATED this 11th day of July, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE