RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Jeremy Franklin East

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00317-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| JEREMY FRANKLIN EAST, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jeremy Franklin East, that the Revocation Hearing currently scheduled on October 1, 2020 at 3:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than two (2) weeks.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 25th day of September 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY FRANKLIN EAST,<br><br>　　　　Defendant. | Case No. 2:17-cr-00317-RFB-VCF<br><br>**ORDER** |

　　IT IS ORDERED that the revocation hearing currently scheduled for Thursday, October 1, 2020 at 3:00 p.m., be vacated and continued to  October 20, 2020  at the hour of  11 : 00  a .m.

　　DATED this 25th day of September 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3