RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Jeremy Franklin East

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JEREMY FRANKLIN EAST,<br><br>          Defendant. | Case No. 2:17-cr-00317-RFB-VCF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jeremy Franklin East, that the Preliminary Hearing currently scheduled on January 20, 2021 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one (1) week.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the preliminary hearing.

DATED this 19th day of January 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY FRANKLIN EAST,<br><br>    Defendant. | Case No. 2:17-cr-00317-RFB-VCF<br><br>**ORDER** |

IT IS ORDERED that the preliminary hearing currently scheduled for Wednesday, January 20, 2021 at 2:00 p.m., be vacated and continued to January 27, 2021 at the hour of 10:00 a.m., in Courtroom 3B.

DATED this 19th day of January 2021.

_____
UNITED STATES MAGISTRATE JUDGE